1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD MOONEY,

               Plaintiff,

    v.

ROLLER BEARING COMPANY OF
AMERICA, INC.,

               Defendant,

    v.

WELLS FARGO BANK, N.A.,

           Garnishee-Defendant.

CASE NO. 2:24-mc-00002-LK

ORDER TO ISSUE WRIT OF
GARNISHMENT

19

20

21

22

23

24

This matter comes before the Court on Plaintiff Richard Mooney's Second Amended

Application for Writ of Garnishment. Dkt. No. 5. Plaintiff seeks a writ of garnishment for property

in which the Defendant/Judgment Debtor, Roller Bearing Company of America, Inc., is believed

to have a substantial nonexempt interest and which may be in the possession, custody, or control

of the garnishee, Wells Fargo Bank, N.A. *Id.* at 1–2.

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

1  The Court has reviewed the Second Amended Application for Writ of Garnishment and

2  proposed Amended Writ of Garnishment, along with the remainder of the record in this matter.

3  Being otherwise fully informed, the Court ORDERS that the Clerk of Court shall issue the Writ of

4  Garnishment submitted by Plaintiff's counsel on January 24, 2024. Dkt. No. 5-2.

5

6  Dated this 29th day of January, 2024.

7

8  Lauren King
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 2